1  CHRISTOPHER J. COX (Bar No. 151605)
   chris.cox@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, CA  94065-1134
   Tel:  (650) 802-3000
4  Fax: (650) 802-3100

5  JOSEPH S. ALLERHAND
   joseph.allerhand@weil.com
6  ROBERT F. CARANGELO
   robert.carangelo@weil.com
7  CHRISTOPHER L. GARCIA
   christopher.garcia@weil.com
8  STACY NETTLETON
   stacy.nettleton@weil.com
9  MATTHEW E. K. HOWATT
   matthew.howatt@weil.com
10 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
11 New York, NY  10153
   Tel:  (212) 310-8000
12 Fax:  (212) 310-8007

13 Attorneys for Defendants
   AMERICAN INTERNATIONAL GROUP, INC.
14 and DAVID L. HERZOG

15                          UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                                SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No. CV-13-3653-JSW |
| 19 | |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE, SCHEDULE AND REMOVAL FROM ADR PROGRAM** |
| 20 | |
| vs. | |
| 21 | |
| 22  AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, THOMAS PETER ATHAN, ALAN FROST, DAVID L. HERZOG, and ROBERT LEWIS, | Honorable Jeffrey S. White |
| 23 | |
| 24 | |
| Defendants. | |
| 25 | |

26

27

28

STIPULATION AND [PROPOSED] ORDER RE:
WAIVER OF SERVICE, SCHEDULE AND
REMOVAL FROM ADR PROGRAM                                    Case No. CV-13-3653-JSW

1   HON. JEFFREY S. WHITE, UNITED STATES DISTRICT JUDGE:

2   WHEREAS, Plaintiff filed a complaint (the "*Complaint*") in the above-captioned action (the
3   "*Action*") on August 6, 2013 in this Court;

4   WHEREAS, pursuant to this Court's Order Setting Initial Case Management Conference and
5   ADR Deadlines, dated August 6, 2013 (*see* Dkt. No. 3), the Action was assigned to the Alternative
6   Dispute Resolution (ADR) Multi-Option Program (the "*ADR Program*") governed by ADR Local
7   Rule 3;

8   WHEREAS, the Parties have conferred and agree that, subject to Court approval and/or
9   modification, the waiver of service, schedule and removal from the ADR Program set forth below
10  are appropriate for the Action (the "*Stipulation*");

11  NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

12  **I.    WAIVER OF THE SERVICE OF SUMMONS**

13  A.    Defendants have received Plaintiff's request to waive service of a summons in the
14  Action. Subject to the Court approving the agreed-to schedule herein, Defendants agree to save the
15  expense of serving a summons and complaint in the Action ("*Defendants' Waiver*").

16  B.    Notwithstanding Defendants' Waiver, Defendants understand that they will keep all
17  defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that
18  they waive any objections to the absence of a summons or of service.

19  **II.   TIME TO RESPOND OR MOVE AGAINST THE COMPLAINT**

20  A.    Defendants shall move to transfer the Action or respond to the Complaint within sixty
21  (60) days of the entry an order approving the Stipulation.

22  B.    If Defendants move to transfer the Action pursuant to 28 U.S.C. § 1404(a) or § 1407
23  (the "*Transfer Motion*"), the Parties agree that (i) all proceedings and discovery in the Action shall
24  be stayed pending the Court's decision on the Transfer Motion and (ii) no response to the Complaint
25  shall be due until following a decision on the Transfer Motion.

26  C.    If Defendants make the Transfer Motion, (i) Plaintiff shall have sixty (60) days after
27  the Transfer Motion is filed to oppose the Transfer Motion and (ii) Defendants shall then have thirty
28  (30) days to reply to Plaintiff's opposition.

D.  If the Court denies the Transfer Motion, Defendants shall respond to the Complaint within sixty (60) days of the entry an order denying the Transfer Motion.

E.  If the Transfer Motion is granted, the parties shall meet and confer to negotiate an appropriate schedule for Defendants to respond to the Complaint.

## III.  REMOVAL FROM ADR PROGRAM

A.  ~~The Parties agree that the Action shall be removed from the ADR Program~~.
 Denied without prejudice to recommendation of alternative dispute resolution proposal.

| | |
|---|---|
| Dated: October 23, 2013 | WEIL, GOTSHAL & MANGES LLP |
| | By: /s/ *Christopher J. Cox* |
| | Christopher J. Cox |
| | Joseph S. Allerhand |
| | Robert F. Carangelo |
| | Christopher L. Garcia |
| | Stacy Nettleton |
| | Matthew E. K. Howatt |
| | |
| | Counsel for Defendants AMERICAN INTERNATIONAL GROUP, INC. and DAVID L. HERZOG |
| | |
| Dated: October 23, 2013 | GIBSON, DUNN & CRUTCHER LLP |
| | By: /s/ *Lee G. Dunst* |
| | Lee G. Dunst |
| | Jim Walden |
| | Georgia K. Winston |
| | Kimberly L. Friedman |
| | F. Joseph Warin |
| | |
| | Counsel for Defendant JOSEPH CASSANO |
| | |
| Dated: October 23, 2013 | MAYER BROWN LLP |
| | By: /s/ *Bradford Jealous, III* |
| | Richard A. Spehr |
| | Joseph De Simone |
| | Bradford Jealous, III |
| | |
| | Counsel for Defendant STEVEN J. BENSINGER |

STIPULATION AND [~~PROPOSED~~] ORDER RE:
WAIVER OF SERVICE, SCHEDULE AND
REMOVAL FROM ADR PROGRAM 3 Case No. CV-13-3653-JSW

| | | |
|---|---|---|
| Dated: October 23, 2013 | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By: | /s/ *Jamison A. Diehl* |
| | | Robert H. Pees |
| | | Jamison A. Diehl |
| | | Counsel for Defendant MARTIN J. SULLIVAN |
| Dated: October 23, 2013 | | LATHAM & WATKINS LLP |
| | By: | /s/ *Sadie H. Diaz* |
| | | Richard D. Owens |
| | | Sadie Holzman Diaz |
| | | Aaron Goldberg |
| | | Counsel for Defendant ANDREW FORSTER |
| Dated: October 23, 2013 | | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| | By: | /s/ *Dorothy Heyl* |
| | | Thomas Arena |
| | | Dorothy Heyl |
| | | Counsel for Defendant ALAN FROST |
| Dated: October 23, 2013 | | WILLKIE FARR & GALLAGHER LLP |
| | By: | /s/ *Michael R. Young* |
| | | Michael R. Young |
| | | Antonio Yanez, Jr. |
| | | Mei Lin Kwan-Gett |
| | | Counsel for Defendant ROBERT LEWIS |
| Dated: October 23, 2013 | | DEBEVOISE & PLIMPTON LLP |
| | By: | /s/ *Erich O. Grosz* |
| | | Erich O. Grosz |
| | | Counsel for Defendant THOMAS PETER ATHAN |

STIPULATION AND [PROPOSED] ORDER RE: WAIVER OF SERVICE, SCHEDULE AND REMOVAL FROM ADR PROGRAM  4  Case No. CV-13-3653-JSW

| | | |
|---|---|---|
| 1 | Dated: October 23, 2013 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: /s/ *Joy A. Kruse* |
| 4 | | Richard M. Heimann<br>Joy A. Kruse |
| 5 | | Bruce W. Leppla<br>Steven F. Fineman |
| 6 | | Daniel P. Chiplock<br>Nicholas Diamand |
| 7 | | Douglas I. Cutherbertson |
| 8 | | Counsel for Plaintiff THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

**PURSUANT TO STIPULATION, IT SO ORDERED:**

Dated: __October 23__, 2013

_/s/ Jeffrey S. White_
Hon. Jeffrey S. White
United States District Judge

### **ATTESTATION**

I, Christopher J. Cox, an ECF User whose ID and password are being used to file this STIPULATION AND ORDER REGARDING WAIVER OF SERVICE, SCHEDULE AND REMOVAL FROM ADR PROGRAM, in compliance with Civil L.R. 5-1(i)(3), hereby attest that all attorneys, have concurred with this filing.

| | | |
|---|---|---|
| Dated: October 23, 2013 | | WEIL, GOTSHAL & MANGES LLP |
| | | By: /s/ *Christopher J. Cox* |
| | | Christopher J. Cox |
| | | Counsel for Defendants AMERICAN INTERNATIONAL GROUP, INC. and DAVID L. HERZOG |