| | |
|---|---|
| 1 | CHRISTOPHER J. COX (Bar No. 151650) |
| | chris.cox@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA 94065-1134 |
| | Tel: (650) 802-3000 |
| 4 | Fax: (650) 802-3100 |
| 5 | JOSEPH S. ALLERHAND |
| | joseph.allerhand@weil.com |
| 6 | ROBERT F. CARANGELO |
| | robert.carangelo@weil.com |
| 7 | CHRISTOPHER L. GARCIA |
| | christopher.garcia@weil.com |
| 8 | STACY NETTLETON |
| | stacy.nettleton@weil.com |
| 9 | MATTHEW E. K. HOWATT |
| | matthew.howatt@weil.com |
| 10 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 11 | New York, NY 10153 |
| | Tel: (212) 310-8000 |
| 12 | Fax: (212) 310-8007 |
| 13 | Attorneys for Defendants |
| | AMERICAN INTERNATIONAL GROUP, INC. |
| 14 | and DAVID L. HERZOG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, | Case No. CV-13-3653 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, THOMAS PETER ATHAN, ALAN FROST, DAVID L. HERZOG, and ROBERT LEWIS, | Honorable Jeffrey S. White |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE

Case No. CV-13-3653-JSW

1  WHEREAS, Plaintiff filed a complaint in the above-captioned action (the "*Action*") on
2  August 6, 2013 in this Court;
3  WHEREAS, pursuant to this Court's Order Setting Case Management Conference And
4  Requiring Joint Case Management Conference Statement, dated August 26, 2013 (*see* Dkt. No. 8), a
5  Case Management Conference in the Action was set for December 6, 2013, at 1:30 P.M., in
6  Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California;
7  WHEREAS, the August 26 Order stated: "Any request to reschedule the date of the
8  conference shall be made in writing, and by stipulation if possible, at least ten (10) calendar days
9  before the date of the conference and must be based on good cause";
10 WHEREAS, on October 23, 2013, the Court entered an order pursuant to the Parties'
11 Stipulation And [Proposed] Order Regarding Waiver Of Service, Schedule And Removal From
12 ADR Program (as modified by the Court) (the "*Scheduling Order*"), which, among other things, sets
13 forth a briefing schedule for a motion to transfer the Action pursuant to 28 U.S.C. § 1404(a) or §
14 1407 (the "*Transfer Motion*");
15 WHEREAS, Defendants intend to file the Transfer Motion;
16 WHEREAS, pursuant to the *Scheduling Order*, the Transfer Motion would be fully briefed
17 by March 24, 2014;
18 WHEREAS, the Parties have conferred and agree that, if the Court grants the Transfer
19 Motion, it would obviate the need to hold a Case Management Conference in this Court and,
20 therefore, it would be most efficient to wait until after the Court's ruling on the Transfer Motion to,
21 if necessary, hold a Case Management Conference in this Court;
22 PURSUANT TO STIPULATION, THE PARTIES JOINTLY REQUEST THE
23 FOLLOWING ORDER:
24 **I.  CASE MANAGEMENT CONFERENCE**
25 A.  The Case Management Conference be rescheduled until May 30, 2014, at 1:30 P.M.,
26 in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California
27 or another date following a decision on the Transfer Motion to be determined by the Court.
28

STIPULATION AND [~~PROPOSED~~] ORDER RE:
RESCHEDULING CASE MANAGEMENT
CONFERENCE                                             1                              Case No. CV-13-3653 JSW

B.   The Parties shall file a joint case management statement no later than May 22, 2014 or, if another date is set pursuant to Section I.A above, five court days prior to the Case Management Conference.

C.   If the Transfer Motion is granted, the Case Management Conference and all associated dates shall be taken off calendar.

| | |
|---|---|
| Dated:  November 19, 2013 | WEIL, GOTSHAL & MANGES LLP |
| | By:  /s/ *Christopher J. Cox* |
| | Christopher J. Cox |
| | Joseph S. Allerhand |
| | Robert F. Carangelo |
| | Christopher L. Garcia |
| | Stacy Nettleton |
| | Matthew E. K. Howatt |
| | |
| | Counsel for Defendants |
| | AMERICAN INTERNATIONAL GROUP, INC. and DAVID L. HERZOG |
| | |
| Dated:  November 19, 2013 | GIBSON, DUNN & CRUTCHER LLP |
| | By:  /s/ *Lee G. Dunst* |
| | Lee G. Dunst |
| | Jim Walden |
| | Georgia K. Winston |
| | Kimberly L. Friedman |
| | F. Joseph Warin |
| | |
| | Counsel for Defendant |
| | JOSEPH CASSANO |
| | |
| Dated:  November 19, 2013 | MAYER BROWN LLP |
| | By:  /s/ *Bradford Jealous, III* |
| | Richard A. Spehr |
| | Joseph De Simone |
| | Bradford Jealous, III |
| | |
| | Counsel for Defendant |
| | STEVEN J. BENSINGER |

STIPULATION AND [PROPOSED] ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE

2

Case No. CV-13-3653 JSW

| | | |
|---|---|---|
| 1 | Dated: November 19, 2013 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | By:  /s/ *Jamison A. Diehl* |
| 3 | |      Robert H. Pees |
| | |      Jamison A. Diehl |
| 4 | | |
| 5 | | Counsel for Defendant |
| | | MARTIN J. SULLIVAN |
| 6 | | |
| 7 | Dated: November 19, 2013 | LATHAM & WATKINS LLP |
| 8 | | By:  /s/ *Sadie H. Diaz* |
| | |      Richard D. Owens |
| 9 | |      Sadie Holzman Diaz |
| | |      Aaron Goldberg |
| 10 | | |
| 11 | | Counsel for Defendant |
| | | ANDREW FORSTER |
| 12 | | |
| 13 | Dated: November 19, 2013 | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 14 | | By:  /s/ *Dorothy Heyl* |
| 15 | |      Thomas Arena |
| | |      Dorothy Heyl |
| 16 | | |
| 17 | | Counsel for Defendant |
| | | ALAN FROST |
| 18 | Dated: November 19, 2013 | WILLKIE FARR & GALLAGHER LLP |
| 19 | | |
| 20 | | By:  /s/ *Michael R. Young* |
| | |      Michael R. Young |
| 21 | |      Antonio Yanez, Jr. |
| | |      Mei Lin Kwan-Gett |
| 22 | | Counsel for Defendant |
| 23 | | ROBERT LEWIS |
| 24 | Dated: November 19, 2013 | DEBEVOISE & PLIMPTON LLP |
| 25 | | By:  /s/ *Erich O. Grosz* |
| | |      Erich O. Grosz |
| 26 | | |
| 27 | | Counsel for Defendant |
| | | THOMAS PETER ATHAN |
| 28 | | |

STIPULATION AND [~~PROPOSED~~] ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE         3        Case No. CV-13-3653 JSW

| | |
|---|---|
| Dated: November 19, 2013 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By: /s/ *Joy A. Kruse* |
| | Richard M. Heimann |
| | Joy A. Kruse |
| | Bruce W. Leppla |
| | Steven F. Fineman |
| | Daniel P. Chiplock |
| | Nicholas Diamand |
| | Douglas I. Cutherbertson |
| | |
| | Counsel for Plaintiff |
| | THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT SO ORDERED:** the case management conference is continued to May 30, 2014 at 1:30 p.m.

Dated: November 25, 2013

/s/ *Jeffrey S. White*
HON. JEFFREY S. WHITE
United States District Judge

### ATTESTATION

I, Christopher J. Cox, an ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING CASE MANAGEMENT CONFERENCE, in compliance with Civil L.R. 5-1(i)(3), hereby attest that all attorneys, have concurred with this filing.

| | |
|---|---|
| Dated: November 19, 2013 | WEIL, GOTSHAL & MANGES LLP |
| | By: /s/ *Christopher J. Cox* |
| | Christopher J. Cox |
| | |
| | Counsel for Defendants |
| | AMERICAN INTERNATIONAL GROUP, INC. and DAVID L. HERZOG |

STIPULATION AND [~~PROPOSED~~] ORDER RE: RESCHEDULING CASE MANAGEMENT CONFERENCE

4

Case No. CV-13-3653 JSW