

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>Defendants. | No. 14-CV-1270 (LTS)(DCF)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff The Regents of the University of California and Defendant Thomas Athan (collectively, the "Parties") stipulate and agree, pursuant to the Parties' Tolling Agreement dated as of June 30, 2014, that Plaintiff's Complaint, filed on August 6, 2013, is hereby voluntarily dismissed without prejudice as against Mr. Athan.

| | |
|---|---|
| By: *Nicholas Diamand*<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Nicholas Diamand, Esq.<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br><br>*Counsel to Plaintiff Regents of the University of California* | By: *[signature]*<br>DEBEVOISE & PLIMPTON LLP<br>Erich O. Grosz, Esq.<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br><br>*Counsel to Defendant Thomas Athan* |

SO ORDERED:

_____  Dated: July 25, 2014
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2