UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>     Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., MARTIN J. SULLIVAN, STEVEN J. BENSINGER, JOSEPH CASSANO, ANDREW FORSTER, ALAN FROST, DAVID L. HERZOG, and ROBERT LEWIS,<br><br>     Defendants. | No. 14-CV-1270 (LTS) (DCF) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Regents of the University of California, by and through its undersigned counsel, hereby voluntarily dismisses all claims against all defendants in the above-captioned action with prejudice.

1278535.1

Dated:  October 28, 2015                    Respectfully submitted:

                                      **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**


By:  /s/ *Nicholas Diamand*
      Nicholas Diamand

Lieff Cabraser Heimann & Bernstein LLP
250 Hudson St.
New York, NY 10013
Tel: (212) 355-9500
ndiamand@lchb.com

*Attorney for Plaintiff*